**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   17-cv-00155-RM-STV

JAMES AMEDEE, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, INC.,
JEFF K. STOREY,
JAMES O. ELLIS, JR.,
KEVIN P. CHILTON,
STEVEN T. CLONTZ,
IRENE M. ESTEVES,
T. MICHAEL GLENN,
SPENCER B. HAYS,
MICHAEL J. MAHONEY,
KEVIN W. MOONEY,
PETER SEAH LIM HUAT, and
PETER VAN OPPEN,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Dismissing Case as Moot (Doc. 43) of Judge Raymond P. Moore entered on May 6, 2019, it is

ORDERED that judgment is entered in favor of Defendants Level 3 Communications, Inc.; Jeff K. Storey; James O. Ellis, Jr.; Kevin P. Chilton; Steven T. Clontz; Irene M. Esteves; T. Michael Glenn; Spencer B. Hays; Michael J. Mahoney; Kevin W. Mooney; Peter Seah Lim Huat; and Peter Van Oppen; and against Plaintiff, James Amedee.   It is

FURTHER ORDERED that this case is dismissed without prejudice as moot and closed.

Dated at Denver, Colorado this 6th day of May, 2019.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   C. Pearson

C. Pearson
Deputy Clerk